# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

143896 & (75)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM ADAM, Individually and as
Personal Representative of the Estate of
MARGARET ADAM,
     Plaintiff-Appellant/Cross-Appellee,

v

                                       SC: 143896
                                       COA: 292144
                                       Macomb CC: 2007-001381-NO

SISTERS OF BON SECOURS NURSING
CARE CENTER,
     Defendant-Appellee/Cross-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 6, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.

     HATHAWAY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

h0416

_____
Clerk